UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JESSICA STUYVENBERG,**

    **Plaintiff,**

**v.**                                                                   **Case No:   6:13-cv-1330-Orl-37KRS**

**BUBBA GUMP SHRIMP CO.
RESTAURANTS, INC., LANDRY'S
SEAFOOD HOUSE - FLORIDA, INC.
and LANDRY'S SEAFOOD HOUSE -
ARLINGTON, INC.,**

    **Defendants.**

## O R D E R

This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, filed July 17, 2014 (Doc. 37. The time has now passed and no objections have been filed.   After an independent review of the entire record herein, it is

**ORDERED** that

1. Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc 37) is **ADOPTED** as the opinion of the Court;

2. The Clerk is directed to terminate Landry's Seafood House - Arlington, Inc. as a Defendant in this action;

3. The parties' Joint Motion for Approval of Amended Restated Settlement Agreement (Doc 34) is **GRANTED** and the Court find that the settlement is a fair and reasonable resolution of a *bona fide* dispute under the FLSA;

4. Counsel for Plaintiff is prohibited from withholding any amounts payable to Plaintiff under the settlement agreement pursuant to a contingent fee agreement or otherwise;

5. Counsel for Plaintiff is directed to provide a copy of the Court's Order to Plaintiff; and,

6. This case is hereby **DISMISSED** with prejudice with each party to bear its own costs and fees (except as specifically stated in the Amended Settlement agreement). The Clerk is directed to close the file.

**DONE AND ORDERED** at Orlando, Florida this 12th day of August, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record